THE GEORGIA MUTUAL LOAN ASSOCIATION *et al.*, plaintiffs in error, *vs.* JAMES J. McGOWAN *et al.*, defendants error.

1. Parties cannot waive the want of jurisdiction so as to make experimental cases for the superior courts and for this court.
2. The courts have no jurisdiction or power to give the tax-payer an injunction for the purpose of testing by judicial intervention whether he is liable in fact to the tax assessed.

Jurisdiction. Courts. Injunction. Taxation. Before Judge Tompkins. Chatham Superior Court. May Term, 1877.

Several Loan Associations joined in a bill, claimed that they were exempt from taxation, and prayed injunction against the tax collector and sheriff to restrain the collection of taxes levied upon them. Defendants demurred to the bill, which demurrer was overruled. Upon argument on the merits of the bill the injunction was refused, and complainants excepted. The record does not show that any question of jurisdiction was raised.

W. D. HARDEN; W. U. GARRARD, for plaintiffs in error,

R. N. ELY, attorney general; R. FALLIGANT; R. R. RICHARDS, for defendants.

JACKSON, Judge.

1. In this case it was said that the want of jurisdiction was waived. It cannot be waived so as to experiment upon the courts in respect to what persons come under certain tax laws. The Code prohibits judicial interference, and parties cannot give jurisdiction which the law expressly forbids.

2. This case is covered by the case of *Decker et al. vs. McGowan, tax collector*, just ruled, and reference to the facts reported, and to the decision there, will fully explain the principle which controls here.

Judgment affirmed.